No. 12, Original. UNITED STATES *v.* LOUISIANA; and

No. 13, Original. UNITED STATES *v.* TEXAS. The petition of Agnes E. and Annie C. Lewis for rehearing is denied. See *ante,* p. 902. MR. JUSTICE JACKSON and MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 56. O'DONNELL, ADMINISTRATRIX, *v.* ELGIN, JOLIET & EASTERN RAILWAY Co., *ante,* p. 384. Rehearing denied. MR. JUSTICE FRANKFURTER and MR. JUSTICE MINTON took no part in the consideration or decision of this application.

No. 430. UNITED STATES EX REL. MOBLEY *v.* HANDY, COMMANDING OFFICER, *ante,* p. 904. Rehearing denied.

No. 447. LAND O'LAKES DAIRY Co. *v.* COUNTY OF WADENA ET AL., *ante,* p. 897. Rehearing denied.

No. 205, Misc. DAYTON *v.* HUNTER, WARDEN, *ante,* p. 888. Rehearing denied.